```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

ARTEE MCKOY,

      Plaintiff,             CIVIL ACTION

    v.                       NO. 1:09-CV-2384-CAP

ALLIED BARTON SECURITY
SERVICES, LLC, and CORPS
SECURITY SERVICES, INC.,

      Defendants.

## O R D E R

This matter is before the court on a joint stipulation of dismissal with prejudice [Doc. No. 29]. The court has reviewed the settlement and finds it to be a fair and reasonable resolution of this case. As such, the plaintiff's claims are DISMISSED with prejudice. The clerk is DIRECTED to close this action.

SO ORDERED, this 26th day of March, 2010.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge